```
              IN THE UNITED STATES DISTRICT COURT

          FOR THE EASTERN DISTRICT OF CALIFORNIA

XANTHI GIONIS,
      Plaintiff,                    No. Civ. S-13-912 JAM CKD

v.
                                    RECUSAL ORDER
BUREAU FOR PRIVATE
POSTSECONDARY EDUCATION, et al
      Defendants.
_____/
```

Upon examination of the above-captioned action, the under-signed judge disqualifies himself.

IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED

DATED: August 14, 2013

                                  /s/ John A. Mendez
                                  John A. Mendez
                                  United States District Court Judge