UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XANTHI GIONIS, | No. 2:13-CV-00912-MCE-CKD |
| Plaintiff, | |
| v. | **ORDER** |
| CALIFORNIA BUREAU FOR PRIVATE POSTSECONDARY EDUCATION, et al., | |
| Defendants. | |

Plaintiff Xanthi Gionis ("Plaintiff") seeks relief from Defendants for claims arising from her term as Provost of Aristotle University and her candidacy for the California State Senate. Specifically, Plaintiff alleges causes of action for violations of due process pursuant to the Fourteenth Amendment, the Private Post-Secondary Education Act of 2009, the California Education Code, the California Code of Regulations, and the California Business and Professions Code. Compl., May 8, 2013, ECF No. 1. Plaintiff also alleges causes of action for negligence, misrepresentation, breach of contract, intentional infliction of emotional distress, and defamation. Id.

///

///

///

Currently pending before the Court are the following motions by Defendants: Defendant R&R Staffing Agency's Motion for a More Definite Statement, ECF No. 7; Defendant Mark Wyland's Motion to Dismiss and Motion to Strike, ECF No. 15; Defendant Pacific Health Education Center's Motion to Dismiss, ECF No. 22; a Motion to Dismiss by Defendants Connie Bouvia, the California Bureau for Private Postsecondary Education, the California Department of Consumer Affairs, Russ Heimerich, Laura Metune, and Julissa Silva-Garcia, ECF No. 28; and Defendant Pacific Health Education Center's Motion for Sanctions against Plaintiff and Plaintiff's current counsel of record, Oliver LawCorp, ECF No. 33.

Plaintiff has also filed a motion seeking the Court's permission to voluntarily dismiss the complaint without prejudice, ECF No. 56, and a motion for a sixty-day extension of time to retain counsel, ECF No. 63.  The Court has also ordered Plaintiff's counsel of record, Keith Oliver, to show cause why sanctions should not be issued against him, as the result of Plaintiff's representations to the Court that Plaintiff has been abandoned by her attorney.  Order, Oct. 28, 2013, ECF No. 58.

Plaintiff's request for a sixty-day extension of time states that sixty days will provide Plaintiff with a sufficient opportunity to retain competent counsel to oppose the various motions filed by Defendants.  Pl.'s Mot. for Extension.   Defendant Wyland opposes the motion for extension of time, on the ground that Plaintiff's claims against Defendant Wyland have no legal or factual basis. Def. Wyland Opp'n, Nov. 8, 2013, ECF No. 70.  Defendant R&R Professional Healthcare Staffing, Inc. (erroneously sued as R&R Staffing Agency) also opposes the motion, arguing that granting Plaintiff's motion will only waste judicial resources, unnecessarily increase litigation costs, and will prevent the expeditious resolution of a "meritless case." Def. R&R Opp'n 2, Nov. 12, 2013, ECF No. 72. Defendant Pacific Health Education Center opposes the motion on similar grounds.  See Def. PHEC Opp'n, Nov. 13, 2013, ECF No. 73.

///

///

Although Plaintiff's request for an extension was filed long after her oppositions to Defendant's various motions were due, this failure does not appear to be the fault of Plaintiff, but rather the fault of her retained counsel. This failure shall be addressed by the Court in the hearing on the Order to Show Cause. Moreover, Defendants, in opposing Plaintiff's request for an extension of time, argue again the merits of their pending motions. Plaintiff has shown good cause why she should be an extension of time to respond to these motions, when she has had the opportunity to retain different counsel.

Accordingly, Plaintiff's Motion for Sixty-Day Extension of Time is GRANTED. (ECF No. 63.) Plaintiff has sixty (60) days from the date of this order to oppose the following motions: Defendant R&R Staffing Agency's Motion for a More Definite Statement; Defendant Mark Wyland's Motion to Dismiss and Motion to Strike; Defendant Pacific Health Education Center's Motion to Dismiss; a Motion to Dismiss by Defendants Connie Bouvia, the California Bureau for Private Postsecondary Education, the California Department of Consumer Affairs, Russ Heimerich, Laura Metune, and Julissa Silva-Garcia; and Defendant Pacific Health Education Center's Motion for Sanctions against Plaintiff and Plaintiff's current counsel of record, Oliver LawCorp. No further extensions of time shall be granted. The hearings on these matters are hereby VACATED and CONTINUED, on the Court's own motion, to February 6, 2014, at 2:00 PM in Courtroom 7. The hearing for the Order to Show Cause is likewise VACATED AND CONTINUED to February 6, 2014, at 2:00 PM in Courtroom 7.

IT IS SO ORDERED.

Dated: November 14, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT