UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XANTHI GIONIS,<br><br>                    Plaintiff,<br><br>          v.<br><br>CALIFORNIA BUREAU FOR PRIVATE<br>POSTSECONDARY EDUCATION, et<br>al.,<br><br>                    Defendants. | No.  2:13-CV-00912-MCE-CKD<br><br><br>**ORDER** |

        Plaintiff Xanthi Gionis ("Plaintiff") seeks relief from Defendants for claims arising

from her term as Provost of Aristotle University and her candidacy for the California

State Senate.  Specifically, Plaintiff alleges causes of action for violations of due process

pursuant to the Fourteenth Amendment, the Private Post-Secondary Education Act of

2009, the California Education Code, the California Code of Regulations, and the

California Business and Professions Code.  Compl., May 8, 2013, ECF No. 1.  Plaintiff

also alleges causes of action for negligence, misrepresentation, breach of contract,

intentional infliction of emotional distress, and defamation.  Id.

///

///

///

1    Currently pending before the Court are the following motions by Defendants:

2    Defendant R&R Staffing Agency's Motion for a More Definite Statement, ECF No. 7;

3    Defendant Mark Wyland's Motion to Dismiss and Motion to Strike, ECF No. 15;

4    Defendant Pacific Health Education Center's Motion to Dismiss, ECF No. 22; a Motion to

5    Dismiss by Defendants Connie Bouvia, the California Bureau for Private Postsecondary

6    Education, the California Department of Consumer Affairs, Russ Heimerich, Laura

7    Metune, and Julissa Silva-Garcia, ECF No. 28; and Defendant Pacific Health Education

8    Center's Motion for Sanctions against Plaintiff and Plaintiff's current counsel of record,

9    Oliver LawCorp, ECF No. 33.

10    Plaintiff has also filed a motion seeking the Court's permission to voluntarily

11    dismiss the complaint without prejudice, ECF No. 56, and a motion for a sixty-day

12    extension of time to retain counsel, ECF No. 63.  The Court has also ordered Plaintiff's

13    counsel of record, Keith Oliver, to show cause why sanctions should not be issued

14    against him, as the result of Plaintiff's representations to the Court that Plaintiff has been

15    abandoned by her attorney.  Order, Oct. 28, 2013, ECF No. 58.

16    Plaintiff's request for a sixty-day extension of time states that sixty days will

17    provide Plaintiff with a sufficient opportunity to retain competent counsel to oppose the

18    various motions filed by Defendants.  Pl.'s Mot. for Extension.   Defendant Wyland

19    opposes the motion for extension of time, on the ground that Plaintiff's claims against

20    Defendant Wyland have no legal or factual basis.  Def. Wyland Opp'n, Nov. 8, 2013,

21    ECF No. 70.  Defendant R&R Professional Healthcare Staffing, Inc. (erroneously sued

22    as R&R Staffing Agency) also opposes the motion, arguing that granting Plaintiff's

23    motion will only waste judicial resources, unnecessarily increase litigation costs, and will

24    prevent the expeditious resolution of a "meritless case."  Def. R&R Opp'n 2, Nov. 12,

25    2013, ECF No. 72.  Defendant Pacific Health Education Center opposes the motion on

26    similar grounds.  See Def. PHEC Opp'n, Nov. 13, 2013, ECF No. 73.

27    ///

28    ///

1    Although Plaintiff's request for an extension was filed long after her oppositions to

2    Defendant's various motions were due, this failure does not appear to be the fault of

3    Plaintiff, but rather the fault of her retained counsel.  This failure shall be addressed by

4    the Court in the hearing on the Order to Show Cause.   Moreover, Defendants, in

5    opposing Plaintiff's request for an extension of time, argue again the merits of their

6    pending motions.  Plaintiff has shown good cause why she should be an extension of

7    time to respond to these motions, when she has had the opportunity to retain different

8    counsel.

9    Accordingly, Plaintiff's Motion for Sixty-Day Extension of Time is GRANTED.

10    (ECF No. 63.)  Plaintiff has sixty (60) days from the date of this order to oppose the

11    following motions: Defendant R&R Staffing Agency's Motion for a More Definite

12    Statement; Defendant Mark Wyland's Motion to Dismiss and Motion to Strike; Defendant

13    Pacific Health Education Center's Motion to Dismiss; a Motion to Dismiss by Defendants

14    Connie Bouvia, the California Bureau for Private Postsecondary Education, the

15    California Department of Consumer Affairs, Russ Heimerich, Laura Metune, and Julissa

16    Silva-Garcia; and Defendant Pacific Health Education Center's Motion for Sanctions

17    against Plaintiff and Plaintiff's current counsel of record, Oliver LawCorp.  No further

18    extensions of time shall be granted.  The hearings on these matters are hereby

19    VACATED and CONTINUED, on the Court's own motion, to February 6, 2014, at 2:00

20    PM in Courtroom 7.  The hearing for the Order to Show Cause is likewise VACATED

21    AND CONTINUED to February 6, 2014, at 2:00 PM in Courtroom 7.

22    IT IS SO ORDERED.

23    Dated:  November 14, 2013

24

25

26    _____

27    MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

28

3