1  Diane Boyer-Vine, Legislative Counsel (CA 124182)
   Robert A. Pratt, Principal Deputy Legislative Counsel (CA 137704)
2  Cara L. Jenkins, Deputy Legislative Counsel (CA 271432)
   Office of Legislative Counsel
3  925 L St., 9th Floor
   Sacramento CA 95814-4996
4  Telephone: 916.341.8000 / Facsimile: 916.341.8395

5  John T. Kennedy (CA 137738)
   jkennedy@nossaman.com
6  Katie E. Briscoe (CA 287629)
   kbriscoe@nossaman.com
7  Nossaman LLP
   621 Capitol Mall, 25th Floor
8  Sacramento, CA 95814
   Telephone: 916.442.8888 / Facsimile: 916.442.0381

9  Attorneys for Defendant
   MARK WYLAND, in his capacity as a
10 California State Senator

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XANTHI GIONIS,<br><br>    Plaintiff,<br>v.<br><br>THE CALIFORNIA BUREAU FOR PRIVATE POSTSECONDARY EDUCATION; CONNIE BOUVIA in her capacity as Enforcement Chief for the Bureau for Private Postsecondary Education; THE CALIFORNIA DEPARTMENT OF CONSUMER AFFAIRS; LAURA METUNE, in her capacity as Chief of the Bureau for Private Postsecondary Education; JULISSA SILVA-GARCIA in her position of employment with the Bureau for Private Postsecondary Education; KARIN TAUSAN as an individual and in her employment; LISA ROBINSON as an individual and in her employment; PACIFIC HEALTH EDUCATION CENTER; R&R STAFFING AGENCY; MARK WYLAND, in his capacity as California State Senator; RUSS HEIMERICH, in his capacity as spokesperson for the Bureau for Postsecondary Education; and DOES 1-20, inclusive,<br><br>    Defendants. | Case No: 2:13-cv-00912-MCE-CKD<br><br>**JUDGMENT OF DISMISSAL**<br><br>Judge:    Morrison C. England, Jr.<br>Crtm:    7<br><br>Date Action Filed:   July 18, 2013<br>Trial Date:   None set |

1    On January 29, 2014, this Court issued an order ("Order") granting Defendant, California State Senator Mark Wyland's ("Senator Wyland"), Motion to Dismiss and Motion to Strike, ECF No. 15, with leave to amend.  The Order provided that, if Plaintiff, Xanthi Gionis ("Plaintiff"), did not file an amended complaint within thirty (30) days of the Order, the causes of action against Senator Wyland would be dismissed with prejudice.  Thirty (30) days expired on February 28, 2014.  Thereafter, on March 4, 2014, the Court dismissed Plaintiff's claims against Senator Wyland with prejudice.  See ECF No. 97.

   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff takes nothing by way of her Complaint against Senator Wyland, that Senator Wyland's Motion to Dismiss and Motion to Strike, ECF No. 15, are granted with prejudice, and that judgment be entered on behalf of Senator Wyland against Plaintiff.

   IT IS SO ORDERED.

Dated:  March 27, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT