UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Xanthi Gionis , <br><br>         Plaintiff, <br><br>    v. <br><br> California Bureau for Private Postsecondary Education et al, <br><br>         Defendant. | Case No.  2:13-cv-0912-MCE-CKD <br><br><br> **JUDGMENT IN A CIVIL CASE** |

**XX −− Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN FAVOR OF MARK WYLAND, AGAINST XANTHI GIONI  IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/28/2014**

March 28, 2014                                           MARIANNE MATHERLY, CLERK

                                                          By: /s/  K. Zignago
                                                          Deputy Clerk