UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XANTHI GIONIS,<br><br>            Plaintiff,<br><br>    v.<br><br>THE CALIFORNIA BUREAU FOR PRIVATE POSTSECONDARY EDUCATION, et al.,<br><br>            Defendants. | No. 2:13-cv-00912-MCE-CKD<br><br><br><br>**JUDGMENT** |

On January 29, 2014, the Court issued an Order stating that if an amended complaint was not filed by Plaintiff XANTHI GIONIS within thirty (30) days of the Order, the causes of action as against Defendant R + R PROFESSIONAL HEALTHCARE STAFFING, INC. would be dismissed, with prejudice.  Thirty (30) days expired on February 28, 2014, and accordingly, the Court dismissed with prejudice the claims of Plaintiff XANTHI GIONIS as against Defendant R + R PROFESSIONAL HEALTHCARE STAFFING, INC. on March 4, 2014.

///

///

///

///

1

1. IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff XANTHI GIONIS take nothing by way of her Complaint against Defendant R + R PROFESSIONAL HEALTHCARE STAFFING, INC., and that judgment be entered on behalf of Defendant R + R PROFESSIONAL HEALTHCARE STAFFING, INC. against Plaintiff XANTHI GIONIS.

IT IS SO ORDERED.

Dated:  April 2, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT