KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
ISMAEL A. CASTRO, State Bar No. 85452
Supervising Deputy Attorney General
RENU R. GEORGE, State Bar No. 262310
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-8220
 Fax: (916) 324-5567
 E-mail: Renuka.George@doj.ca.gov
*Attorneys for Defendants California Bureau of Private Post Secondary Education, California Department of Consumer Affairs, Connie Bouvia, Laura Metune, Julissa Silva-Garcia, and Russ Heimerich (State Defendants)*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **XANTHI GIONIS,** | 2:13-cv-00912-MCE-CKD |
| Plaintiff, | **JUDGMENT OF DISMISSAL** |
| v. | Judge: Hon. Morrison C. England, Jr. |
| **The CALIFORNIA BUREAU FOR PRIVATE POSTSECONDARY EDUCATION; CONNIE BOUVIA in her official capacity as Enforcement Chief for the Bureau for Private Postsecondary Education; The CALIFORNIA DEPARTMENT OF CONSUMER AFFAIRS; LAURA METUNE, in her capacity as Chief of the Bureau for Private Postsecondary Education; JULISSA SILVA-GARCIA, in her position of employment with the Bureau for Private Postsecondary Education; KARIN TAUSAN as an individual and in her employment; LISA ROBINSON as an individual and in her employment; PACIFIC HEALTH EDUCATION CENTER; R&R STAFFING AGENCY; MARK WYLAND, in his official capacity as California State Senator; RUSS HEIMERICH, in his capacity as spokesperson for the Bureau for Postsecondary Education; and DOES 1-20, inclusive,** | Courtroom: 7 |
| | Action Filed: May 8, 2013 |
| Defendants. | |

1

On January 29, 2014, this Court issued an order ("Order") granting Defendants', California Bureau of Private Post Secondary Education, California Department of Consumer Affairs, Connie Bouvia, Laura Metune, Julissa Silva-Garcia, and Russ Heimerich ("State Defendants"), Motion to Dismiss, with leave to amend, ECF No. 28.  See ECF No. 90.  The Order provided that, if Plaintiff, Xanthi Gionis ("Plaintiff"), did not file an amended complaint within thirty (30) days of the Order, the causes of action against State Defendants would be dismissed with prejudice  ECF No. 90.  Thirty (30) days expired on February 28, 2014.  Thereafter, on March 4, 2014, the Court dismissed Plaintiff's claims against State Defendant with prejudice.  ECF No. 97.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff takes nothing by way of her Complaint against State Defendants, that State Defendants' Motion to Dismiss is granted with prejudice and that judgment be entered on behalf of State Defendants against Plaintiff.

IT IS SO ORDERED.

Dated:  April 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT