UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XANTHI GIONIS,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA BUREAU FOR PRIVATE POSTSECONDARY EDUCATION, et al.,<br><br>    Defendants. | No. 2:13-cv-0912 MCE CKD PS<br><br><br>ORDER |

By order filed April 4, 2014, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint. However, plaintiff has filed a request for dismissal of the remaining defendants in this action.[1]

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: May 9, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 gionis.fta

---

[1] By order of the District Court, all defendants except for defendants Tausan and Robinson have been dismissed with prejudice. Because defendants Tausan and Robinson have filed answers, the action may be dismissed only by court order. See Fed. R. Civ. P. 41(a)(2).